IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRETT PETERS,

    Plaintiff,

v.

C.O.2 LANGEHEINE, et al.,

    Defendants.

3:13-CV-01820
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 13TH DAY OF AUGUST 2013,** the Court has completed *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 5), Plaintiff's Objections (Doc. 6) thereto, and Plaintiff's Complaint (Doc. 1). The Court treats Document 6 as Plaintiff's Objections even though Plaintiff does not specifically state therein to which portions of the Report and Recommendation he objects. **ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections (Doc. 6) are **OVERRULED**.

2. The Report and Recommendation (Doc. 5) is **ADOPTED IN PART AND REJECTED IN PART**. It is rejected in part for the reason that the documents attached as Attachment 1 to Plaintiff's Complaint do in fact make allegations against all named defendants.

3. However, Plaintiff's Complaint (Doc. 1) is nonetheless **DISMISSED WITH LEAVE TO AMEND** as the allegations do not clearly lay out federal causes of

action against the named defendants. In an amended complaint, Plaintiff must specifically state the conduct of each named defendant that he alleges violated his federal civil rights.

4. The portion of Plaintiff's Complaint requesting an injunction against Camp Hill Prison is **DISMISSED AS MOOT**.

5. The portion of Plaintiff's Complaint requesting a specified sum of unliquidated damages is **DELETED** from the Complaint in accordance with Local Rule 8.1. In accordance with the Local Rules, Plaintiff may only state that he is entitled to monetary relief, but may not claim a specific sum.

6. Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date of this Order to correct the defects cited in Parts (3) and (5) of this Order by amending his Complaint.

7. The case shall be remanded to Magistrate Judge Carlson for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge